**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 96-7772**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM MICHAEL TAYLOR,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem. N. Carlton Tilley, Jr., District Judge. (CR-94-184)

─────────────

Submitted:  June 19, 1997          Decided:  June 26, 1997

─────────────

Before WILKINS and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Gregory Davis, FEDERAL PUBLIC DEFENDER'S OFFICE, Greensboro, North Carolina, for Appellant.  Clifton Thomas Barrett, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion for a new trial. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. <u>United States v. Taylor</u>, No. CR-94-184 (M.D.N.C. Nov. 1, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>